B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>District of New Jersey | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Aaron Medical Transportation, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Aaron Ambulance** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**22-3836593** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1200 Wall Street West**<br>**Lyndhurst, NJ**<br><br>ZIP Code **07071** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Bergen** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor | Nature of Business | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|---|
| (Form of Organization) (Check one box)<br>☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | (Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13) Page 2

| Voluntary Petition<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>***Aaron Medical Transportation, Inc.*** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)              (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) | | Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| ***Aaron Medical Transportation, Inc.*** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

X ***/s/ Roger B. Radol, Esq.***
Signature of Attorney for Debtor(s)

 ***Roger B. Radol, Esq. 7815***
Printed Name of Attorney for Debtor(s)

 ***Roger B. Radol, Esq.***
Firm Name
***15 Engle Street***
***Suite 102***
***Englewood, NJ 07631***

_____
Address

***Email: radolbankruptcy@gmail.com***
***(201) 567-6557  Fax: (201) 567-6335***
Telephone Number
***May 13, 2015***
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ***/s/ Joseph V. Thomas***
Signature of Authorized Individual
***Joseph V. Thomas***
Printed Name of Authorized Individual
***President***
Title of Authorized Individual
***May 13, 2015***
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## District of New Jersey

| | | |
|---|---|---|
| In re | *Aaron Medical Transportation, Inc.* | Case No. |
| | Debtor(s) | Chapter **7** |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **7,500.00** |
    | Prior to the filing of this statement I have received | $ | **7,500.00** |
    | Balance Due | $ | **0.00** |

2. $ **335.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4. The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    *Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding. Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.*

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    *May 13, 2015*

*/s/ Roger B. Radol, Esq.*
*Roger B. Radol, Esq. 7815*
*Roger B. Radol, Esq.*
*15 Engle Street*
*Suite 102*
*Englewood, NJ 07631*
*(201) 567-6557   Fax: (201) 567-6335*
*radolbankruptcy@gmail.com*

---

B6A (Official Form 6A) (12/07)

In re    **Aaron Medical Transportation, Inc.**
_____,    Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |

_**0**_  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   **Aaron Medical Transportation, Inc.** _____ ,   Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Bank Checking Account** | - | 27,672.34 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security deposit with landlord** | - | 23,000.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >       **50,672.34**
(Total of this page)

___3___ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Aaron Medical Transportation, Inc.**                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | *Various Healthcare facilites accounts receivable* | - | 39,545.00 |
| | | *Bills for private patients* | - | 50,379.00 |
| | | *Bills for co-payments owed* | - | 138,980.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

                                                                    Sub-Total >        **228,904.00**
                                                                    (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Aaron Medical Transportation, Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Mercury Grand Marquis (127,489 miles)** | - | 2,525.00 |
| | | **2008 Ford E-350 Type II Ambulance (121,742 miles)** | - | Unknown |
| | | **2008 Ford E-350 Type II Ambulance (115,406 miles)** | - | Unknown |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Refer to attached Exhibit A** | - | Unknown |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >    **2,525.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Aaron Medical Transportation, Inc.** _____ ,    Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | *0.00* |
| (Total of this page) | |
| Total > | *282,101.34* |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re   **Aaron Medical Transportation, Inc.** _____ ,    Case No. _____
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

_**0**_____ continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | | |
| Total (Report on Summary of Schedules) | **0.00** | **0.00** |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re __Aaron Medical Transportation, Inc._____,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

__25___ continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re     **Aaron Medical Transportation, Inc.**                                    , Case No. _____

                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

*Wages, salaries, and commissions*

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 1**<br>**Abdelillah Baalla**<br>**327 Northfield Ave**<br>**West Orange, NJ 07052** | - | | *Employee wages* | | | | 1,272.00 | 0.00<br><br>1,272.00 |
| Account No.<br>**Creditor #: 2**<br>**Adrien Castro**<br>**334 East 26th Street**<br>**Paterson, NJ 07504** | - | | *Employee wages* | | | | 1,433.75 | 0.00<br><br>1,433.75 |
| Account No.<br>**Creditor #: 3**<br>**Alexander Balbin**<br>**72 Marchal Avenue**<br>**Paterson, NJ 07522** | - | | *Employee wages* | | | | 70.00 | 0.00<br><br>70.00 |
| Account No.<br>**Creditor #: 4**<br>**Amara Kamara**<br>**419 New York Ave**<br>**Lyndhurst, NJ 07071** | - | | *Employee wages* | | | | 941.25 | 0.00<br><br>941.25 |
| Account No.<br>**Creditor #: 5**<br>**Anjali Patel**<br>**26 Sieber Court**<br>**Bergenfield, NJ 07621** | - | | *Employee wages* | | | | 201.50 | 0.00<br><br>201.50 |

Sheet __1__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

0.00

3,918.50        3,918.50

B6E (Official Form 6E) (4/13) - Cont.

In re **Aaron Medical Transportation, Inc.** , Case No. _____
                                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 6**<br>**Anllie Diaz**<br>**144 Columbia Ave**<br>**Passaic, NJ 07055** | - | | **Employee wages** | | | | **121.88** | **0.00**<br><br>**121.88** |
| Account No.<br>**Creditor #: 7**<br>**Anthony Rivezzi**<br>**39 Wadsworth Street**<br>**Wallington, NJ 07057** | - | | **Employee wages** | | | | **410.00** | **0.00**<br><br>**410.00** |
| Account No.<br>**Creditor #: 8**<br>**Antonio Cervas**<br>**270 Linden Place**<br>**New Milford, NJ 07646** | - | | **Employee wages** | | | | **32.50** | **0.00**<br><br>**32.50** |
| Account No.<br>**Creditor #: 9**<br>**Ashley Arb**<br>**58 Rutherford Place**<br>**North Arlington, NJ 07031** | - | | **Employee wages** | | | | **42.25** | **0.00**<br><br>**42.25** |
| Account No.<br>**Creditor #: 10**<br>**Brian Soto**<br>**16 Manito Ave**<br>**Lake Hiawatha, NJ 07034** | - | | **Employee wages** | | | | **1,238.78** | **0.00**<br><br>**1,238.78** |

Sheet __2__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | **0.00** |
| (Total of this page) | **1,845.41** | **1,845.41** |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Aaron Medical Transportation, Inc.**                                    ,    Case No. _____
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Employee wages | | | | | |
| Creditor #: 11 Cameron Johnson 203 N Park Street East Orange, NJ 07017 | | - | | | | | | 0.00 |
| | | | | | | | 978.00 | 978.00 |
| Account No. | | | Employee wages | | | | | |
| Creditor #: 12 Carlos A. Laborde 36 Harding Ave North Arlington, NJ 07031 | | - | | | | | | 0.00 |
| | | | | | | | 585.00 | 585.00 |
| Account No. | | | Employee wages | | | | | |
| Creditor #: 13 Charles Pichardo 54 Home Place Lodi, NJ 07644 | | - | | | | | | 0.00 |
| | | | | | | | 131.88 | 131.88 |
| Account No. | | | Employee wages | | | | | |
| Creditor #: 14 Christian Carrion 437 Cleveland Ave Harrison, NJ 07029 | | - | | | | | | 0.00 |
| | | | | | | | 1,300.00 | 1,300.00 |
| Account No. | | | Employee wages | | | | | |
| Creditor #: 15 Christian Galdamez 215 Duncan Ave Jersey City, NJ 07306 | | - | | | | | | 0.00 |
| | | | | | | | 756.00 | 756.00 |

Sheet  **3**  of  **25**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 |
|---|---|---|
| | (Total of this page) | 3,750.88 | 3,750.88 |

B6E (Official Form 6E) (4/13) - Cont.

In re **Aaron Medical Transportation, Inc.** ,                    Case No. _____

_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 16 Christine Angera 6 Mapleshade Road Hewitt, NJ 07421 | | - | | | | | 3,600.00 | 0.00 | 3,600.00 |
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 17 Christopher Fernandez 26 Grove Street Little Ferry, NJ 07643 | | - | | | | | 832.50 | 0.00 | 832.50 |
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 18 Christopher Morgan 75 Chestnut Street North Arlington, NJ 07031 | | - | | | | | 1,308.25 | 0.00 | 1,308.25 |
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 19 Claribel Martinez 89 Randolph Ave Clifton, NJ 07011 | | - | | | | | 786.38 | 0.00 | 786.38 |
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 20 Cody Preuss 447 Third Street Carlstadt, NJ 07072 | | - | | | | | 1,065.38 | 0.00 | 1,065.38 |

Sheet __4__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 7,592.51 | 7,592.51 |

B6E (Official Form 6E) (4/13) - Cont.

In re **Aaron Medical Transportation, Inc.** ,          Case No. _____

_____
                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 21 Craig Norton 20 Lexington Ave Wallington, NJ 07057 | | - | | | | | | 0.00 | |
| | | | | | | | 1,603.88 | | 1,603.88 |
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 22 Dan Smith 14 Rutgers Place Clifton, NJ 07013 | | - | | | | | | 0.00 | |
| | | | | | | | 617.50 | | 617.50 |
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 23 Daniel Roncal 2 Fitzgerald Ave Clifton, NJ 07013 | | - | | | | | | 0.00 | |
| | | | | | | | 1,254.50 | | 1,254.50 |
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 24 David Bentele 60 Crystal Street North Arlington, NJ 07031 | | - | | | | | | 0.00 | |
| | | | | | | | 2,700.00 | | 2,700.00 |
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 25 Dia Ibrahim 442 North 8th Street Fairview, NJ 07022 | | - | | | | | | 0.00 | |
| | | | | | | | 773.00 | | 773.00 |

Sheet __5__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 6,948.88 | 6,948.88 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Aaron Medical Transportation, Inc.**                                    ,      Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 26 Duban Moreno 440 Liberty Street Little Ferry, NJ 07643 | - | | | | | | 1,320.00 | 0.00 | 1,320.00 |
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 27 Edward Ferrell 145 Crooks Ave Clifton, NJ 07011 | - | | | | | | 1,049.69 | 0.00 | 1,049.69 |
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 28 Ehimar Chanza 88 Bell Street Orange, NJ 07050 | - | | | | | | 1,170.75 | 0.00 | 1,170.75 |
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 29 Emari Huger 646 Magnolia Ave Elizabethport, NJ 07206 | - | | | | | | 1,127.25 | 0.00 | 1,127.25 |
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 30 Erik Galdamez 215 Duncan Ave Jersey City, NJ 07306 | - | | | | | | 1,325.00 | 0.00 | 1,325.00 |

Sheet __6__ of __25__ continuation sheets attached to          Subtotal          | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page) | 5,992.69 | 5,992.69 |

B6E (Official Form 6E) (4/13) - Cont.

In re **Aaron Medical Transportation, Inc.**,                     Case No. _____

                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Employee wages | | | | | |
| Creditor #: 31 Francisco Medina 315 44st Street Union City, NJ 07087 | | - | | | | | 760.81 | 0.00 / 760.81 |
| Account No. | | | Employee wages | | | | | |
| Creditor #: 32 Gabriel Hernandez 5824 Meadowview Ave North Bergen, NJ 07047 | | - | | | | | 1,143.75 | 0.00 / 1,143.75 |
| Account No. | | | Employee wages | | | | | |
| Creditor #: 33 Glenn Wiley 167 Luddington Ave Clifton, NJ 07011 | | - | | | | | 840.38 | 0.00 / 840.38 |
| Account No. | | | Employee wages | | | | | |
| Creditor #: 34 Gregory Sharofsky 333 Cierra Vista Lane Valley Cottage, NY 10989 | | - | | | | | 725.60 | 0.00 / 725.60 |
| Account No. | | | Employee wages | | | | | |
| Creditor #: 35 Harry Nikolopoulos 81 Jackson Ave Rutherford, NJ 07070 | | - | | | | | 598.50 | 0.00 / 598.50 |

Sheet __7__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 4,069.04 | 0.00 / 4,069.04 |
|---|---|---|---|

B6E (Official Form 6E) (4/13) - Cont.

In re **Aaron Medical Transportation, Inc.** ,                    Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 36**<br>**Humair Ahmed**<br>**156 Stonehurt Drive**<br>**Tenafly, NJ 07670** | - | | **Employee wages** | | | | 1,200.00 | 0.00<br>1,200.00 |
| Account No.<br>**Creditor #: 37**<br>**Irving Vargas**<br>**893 Van Houten Ave**<br>**Clifton, NJ 07013** | - | | **Employee wages** | | | | 500.00 | 0.00<br>500.00 |
| Account No.<br>**Creditor #: 38**<br>**Jackie Esmez**<br>**81 Jackson Ave**<br>**Rutherford, NJ 07070** | - | | **Employee wages** | | | | 532.00 | 0.00<br>532.00 |
| Account No.<br>**Creditor #: 39**<br>**James Martin**<br>**137 Park Place**<br>**Bogota, NJ 07603** | - | | **Employee wages** | | | | 804.00 | 0.00<br>804.00 |
| Account No.<br>**Creditor #: 40**<br>**James Polanco**<br>**55 Chestnut Street**<br>**Paterson, NJ 07501** | - | | **Employee wages** | | | | 512.50 | 0.00<br>512.50 |

Sheet _**8**_ of _**25**_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)                    3,548.50        0.00
                                                        3,548.50

B6E (Official Form 6E) (4/13) - Cont.

In re    **Aaron Medical Transportation, Inc.**                                    ,    Case No. _____
                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.                          | | | **Employee wages** | | | | | | |
| **Creditor #: 41**<br>**Jared Tyler**<br>**144 Fairmount Ave**<br>**Hackensack, NJ 07601** | | - | | | | | **893.38** | **0.00** | **893.38** |
| Account No.                          | | | **Employee wages** | | | | | | |
| **Creditor #: 42**<br>**Jason Montoya**<br>**305 Palisades Ave**<br>**Cliffside Park, NJ 07010** | | - | | | | | **817.50** | **0.00** | **817.50** |
| Account No.                          | | | **Employee wages** | | | | | | |
| **Creditor #: 43**<br>**Jason Silva**<br>**170 Forest Street**<br>**Kearny, NJ 07032** | | - | | | | | **1,085.00** | **0.00** | **1,085.00** |
| Account No.                          | | | **Employee wages** | | | | | | |
| **Creditor #: 44**<br>**Jeremy Gagne**<br>**438 9th Street**<br>**Carlstadt, NJ 07072** | | - | | | | | **1,174.50** | **0.00** | **1,174.50** |
| Account No.                          | | | **Employee wages** | | | | | | |
| **Creditor #: 45**<br>**Jewel Asuncion**<br>**69 Garcia Drive**<br>**Jersey City, NJ 07305** | | - | | | | | **1,414.13** | **0.00** | **1,414.13** |

Sheet __9__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | **0.00** | |
|---|---|---|---|
| | (Total of this page) | **5,384.51** | **5,384.51** |

B6E (Official Form 6E) (4/13) - Cont.

In re __Aaron Medical Transportation, Inc._____ ,        Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

*Wages, salaries, and commissions*

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 46 John Defedele 178 Speidel Ave Elmwood Park, NJ 07407 | - | | | | | | 982.50 | 0.00 | 982.50 |
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 47 John Heitmuller 76 Gold Street North Arlington, NJ 07031 | - | | | | | | 486.38 | 0.00 | 486.38 |
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 48 John Parisik 127 Catalpa Avenue Hackensack, NJ 07601 | - | | | | | | 618.75 | 0.00 | 618.75 |
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 49 John Paulino 55 Calicooncek Road South Hackensack, NJ 07606 | - | | | | | | 846.75 | 0.00 | 846.75 |
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 50 Jonathan Santos 31 Pine Passaic, NJ 07055 | - | | | | | | 371.63 | 0.00 | 371.63 |

Sheet __10__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 3,306.01 | 3,306.01 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Aaron Medical Transportation, Inc.**                              ,   Case No. _____

                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No.<br>**Creditor #: 51**<br>**Jose Moronta**<br>**23 Newman St**<br>**Hackensack, NJ 07601** | - | | | **Employee wages** | | | | **311.06** | **0.00**<br><br>**311.06** | |
| Account No.<br>**Creditor #: 52**<br>**Jose Saboya**<br>**234 Harrison Ave**<br>**Lodi, NJ 07644** | - | | | **Employee wages** | | | | **845.00** | **0.00**<br><br>**845.00** | |
| Account No.<br>**Creditor #: 53**<br>**Joseph Robie**<br>**43 East Passaic Ave**<br>**Rutherford, NJ 07070** | - | | | **Employee wages** | | | | **1,124.63** | **0.00**<br><br>**1,124.63** | |
| Account No.<br>**Creditor #: 54**<br>**Josue Gonzales**<br>**906 Kennedy Blvd**<br>**Union City, NJ 07087** | - | | | **Employee wages** | | | | **920.50** | **0.00**<br><br>**920.50** | |
| Account No.<br>**Creditor #: 55**<br>**Julio Pintado**<br>**223 Palisade Ave 3rd Fl**<br>**Cliffside Park, NJ 07010** | - | | | **Employee wages** | | | | **1,624.00** | **0.00**<br><br>**1,624.00** | |

Sheet __11__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **0.00** | |
| **4,825.19** | **4,825.19** |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Aaron Medical Transportation, Inc.**                                    ,    Case No. _____
                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | Employee wages | | | | | |
| Creditor #: 56 Justin Lovecchio 285 Phillips Ave South Hackensack, NJ 07606 | | - | | | | | 1,121.88 | 0.00 1,121.88 |
| Account No. | | | Employee wages | | | | | |
| Creditor #: 57 Kelly Gill 20 Canterburry Ave North Arlington, NJ 07031 | | - | | | | | 220.00 | 0.00 220.00 |
| Account No. | | | Employee wages | | | | | |
| Creditor #: 58 Kevin Davila 1517 41st North Bergen, NJ 07047 | | - | | | | | 658.13 | 0.00 658.13 |
| Account No. | | | Employee wages | | | | | |
| Creditor #: 59 Kevin Hood 99-02 212 St Queens Village, NY 11428 | | - | | | | | 1,025.50 | 0.00 1,025.50 |
| Account No. | | | Employee wages | | | | | |
| Creditor #: 60 Lambe Duracoski 99 Pacific Ave Garfield, NJ 07026 | | - | | | | | 1,393.88 | 0.00 1,393.88 |

Sheet __12__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 |
|---|---|---|
| | 4,419.39 | 4,419.39 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Aaron Medical Transportation, Inc.**                                              ,   Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | *Employee wages* | | | | | | |
| **Creditor #: 61**<br>**Landi Lopez**<br>**371 3rd Street**<br>**Clifton, NJ 07011** | - | | | | | | | 0.00 | |
| | | | | | | | 1,330.00 | | 1,330.00 |
| Account No. | | | *Employee wages* | | | | | | |
| **Creditor #: 62**<br>**Laurence Schraiber**<br>**27 Livingston Ave**<br>**Kearny, NJ 07032** | - | | | | | | | 0.00 | |
| | | | | | | | 114.75 | | 114.75 |
| Account No. | | | *Employee wages* | | | | | | |
| **Creditor #: 63**<br>**Linnette Castillo**<br>**24 Highland Ave**<br>**Newark, NJ 07104** | - | | | | | | | 0.00 | |
| | | | | | | | 68.50 | | 68.50 |
| Account No. | | | *Employee wages* | | | | | | |
| **Creditor #: 64**<br>**Luis Beingolea**<br>**20 Van Winkle Ave**<br>**Passaic, NJ 07055** | - | | | | | | | 0.00 | |
| | | | | | | | 775.50 | | 775.50 |
| Account No. | | | *Employee wages* | | | | | | |
| **Creditor #: 65**<br>**Luis Mitma**<br>**611 Liberty Ave**<br>**North Bergen, NJ 07047** | - | | | | | | | 0.00 | |
| | | | | | | | 45.50 | | 45.50 |

Sheet __13__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 2,334.25 | 2,334.25 |

B6E (Official Form 6E) (4/13) - Cont.

In re    **Aaron Medical Transportation, Inc.**                              ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

*Wages, salaries, and commissions*

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | *Employee wages* | | | | | |
| **Creditor #: 66** **Luis Villanueva** **15 Spencer Pl** **Garfield, NJ 07026** | | - | | | | | | *0.00* |
| | | | | | | | **1,173.75** | **1,173.75** |
| Account No. | | | *Employee wages* | | | | | |
| **Creditor #: 67** **Mansoor Khan** **140 W Englewood Ave** **Teaneck, NJ 07666** | | - | | | | | | *0.00* |
| | | | | | | | **1,169.88** | **1,169.88** |
| Account No. | | | *Employee wages* | | | | | |
| **Creditor #: 68** **Marek Czarnecki** **14 Pine Street** **Elmwood Park, NJ 07407** | | - | | | | | | *0.00* |
| | | | | | | | **1,559.25** | **1,559.25** |
| Account No. | | | *Employee wages* | | | | | |
| **Creditor #: 69** **Marie O'Donnell** **363 Forest Drive** **Wallington, NJ 07057** | | - | | | | | | *0.00* |
| | | | | | | | **200.00** | **200.00** |
| Account No. | | | *Employee wages* | | | | | |
| **Creditor #: 70** **Mario Vdovjak** **262 Hayward Place** **Wallington, NJ 07057** | | - | | | | | | *0.00* |
| | | | | | | | **867.75** | **867.75** |

Sheet __14__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| *0.00* |
|---|
| **4,970.63** |   **4,970.63** |

B6E (Official Form 6E) (4/13) - Cont.

In re **Aaron Medical Transportation, Inc.** ,                     Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 71 Marisa Mucka 336 Harrison Ave Lodi, NJ 07644 | | - | | | | | 918.00 | 0.00 | 918.00 |
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 72 Mary Kubler 181 Poor Street Hackensack, NJ 07601 | | - | | | | | 365.63 | 0.00 | 365.63 |
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 73 Matthew Carnevale 367 Central Ave East Rutherford, NJ 07073 | | - | | | | | 875.00 | 0.00 | 875.00 |
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 74 Melissa Kipri 100 Hillcrest Ave Woodland, NJ 07424 | | - | | | | | 634.50 | 0.00 | 634.50 |
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 75 Melissa McKlernan 14 Bridge Street Suffern, NY 10901 | | - | | | | | 320.00 | 0.00 | 320.00 |

Sheet __15__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 0.00 | |
| 3,113.13 | | 3,113.13 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Aaron Medical Transportation, Inc.**                                   ,        Case No. _____
                                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. | | | | Employee wages | | | | | | |
| Creditor #: 76 Michael Perez 3-26 31 Street Fair Lawn, NJ 07410 | - | | | | | | | 605.75 | 0.00 | 605.75 |
| Account No. | | | | Employee wages | | | | | | |
| Creditor #: 77 Michael Riabov 57 North Ave Montvale, NJ 07645 | - | | | | | | | 269.75 | 0.75 | 269.00 |
| Account No. | | | | Employee wages | | | | | | |
| Creditor #: 78 Michael Sabonjian 10 Pawn Place Hillsdale, NJ 07642 | - | | | | | | | 91.13 | 0.00 | 91.13 |
| Account No. | | | | Employee wages | | | | | | |
| Creditor #: 79 Michelle Connor 218 Rutherford Pl North Arlington, NJ 07031 | - | | | | | | | 941.63 | 0.00 | 941.63 |
| Account No. | | | | Employee wages | | | | | | |
| Creditor #: 80 Michelle Monsalve 208 Maple Street Kearny, NJ 07032 | - | | | | | | | 81.00 | 0.00 | 81.00 |

Sheet __16__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.75 | |
|---|---|---|---|
| | (Total of this page) | 1,989.26 | 1,988.51 |

B6E (Official Form 6E) (4/13) - Cont.

In re   **Aaron Medical Transportation, Inc.**                                    ,        Case No. _____
                                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | *Employee wages* | | | | | | |
| *Creditor #: 81* *Miguel Figueroa* *540 Monroe St* *Carlstadt, NJ 07072* | - | | | | | | | 0.00 | |
| | | | | | | | 200.50 | | 200.50 |
| Account No. | | | *Employee wages* | | | | | | |
| *Creditor #: 82* *Mohammed Azeez* *233 Haledon Ave* *Paterson, NJ 07522* | - | | | | | | | 0.00 | |
| | | | | | | | 905.50 | | 905.50 |
| Account No. | | | *Employee wages* | | | | | | |
| *Creditor #: 83* *Niccolo Yakovlevich* *170 Academy Street B-13* *Jersey City, NJ 07306* | - | | | | | | | 0.00 | |
| | | | | | | | 373.49 | | 373.49 |
| Account No. | | | *Employee wages* | | | | | | |
| *Creditor #: 84* *Paolo Guirnalda* *275 Lembeck Ave* *Jersey City, NJ 07305* | - | | | | | | | 0.00 | |
| | | | | | | | 1,069.88 | | 1,069.88 |
| Account No. | | | *Employee wages* | | | | | | |
| *Creditor #: 85* *Pawel Trzeciak* *284 Harrison Ave* *Lodi, NJ 07644* | - | | | | | | | 0.00 | |
| | | | | | | | 236.25 | | 236.25 |

Sheet __17__ of __25__ continuation sheets attached to                   Subtotal                | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims              (Total of this page)    | 2,785.62 | 2,785.62 |

B6E (Official Form 6E) (4/13) - Cont.

In re     **Aaron Medical Transportation, Inc.**                                      ,     Case No. _____
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Creditor #: 86**<br>**Peter Shimmel**<br>**607 Ramapo Ave**<br>**Cliffside Park, NJ 07010** | | - | *Employee wages* | | | | 1,089.00 | 0.00<br><br>1,089.00 |
| Account No.<br><br>**Creditor #: 87**<br>**Peterson Cadeau**<br>**134 Gregory Ave**<br>**West Orange, NJ 07052** | | - | *Employee wages* | | | | 452.81 | 0.00<br><br>452.81 |
| Account No.<br><br>**Creditor #: 88**<br>**Rafael Cuya**<br>**473 Terrace Ave**<br>**Hasbrouck Heights, NJ 07604** | | - | *Employee wages* | | | | 1,039.50 | 0.00<br><br>1,039.50 |
| Account No.<br><br>**Creditor #: 89**<br>**Raidy Garcia**<br>**166 Hudson Street**<br>**Hackensack, NJ 07601** | | - | *Employee wages* | | | | 770.25 | 0.00<br><br>770.25 |
| Account No.<br><br>**Creditor #: 90**<br>**Ramon Tiburcio**<br>**10 Lehigh Street**<br>**Hackensack, NJ 07601** | | - | *Employee wages* | | | | 526.50 | 0.00<br><br>526.50 |

Sheet __18__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal                0.00
(Total of this page)    3,878.06    3,878.06

B6E (Official Form 6E) (4/13) - Cont.

In re __Aaron Medical Transportation, Inc.__ ,                   Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

_Wages, salaries, and commissions_

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 91 Rana Khalid 55 Belgrove Drive Kearny, NJ 07032 | - | | | | | | 556.88 | 0.00 | 556.88 |
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 92 Rana U Khalid 55 Belgrove Drive Kearny, NJ 07032 | - | | | | | | 385.88 | 0.00 | 385.88 |
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 93 Rashda Bibi 111 Burns Ave Lodi, NJ 07644 | - | | | | | | 982.13 | 0.00 | 982.13 |
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 94 Ricky Jewell 169 Macarther Ave Garfield, NJ 07026 | - | | | | | | 240.00 | 0.00 | 240.00 |
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 95 Robert Callwood 1771 Watson Ave Bronx, NY 10472 | - | | | | | | 988.50 | 0.00 | 988.50 |

Sheet __19__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 3,153.39 | 3,153.39

B6E (Official Form 6E) (4/13) - Cont.

In re   **Aaron Medical Transportation, Inc.**                                          ,      Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 96**<br>**Robert Kippel**<br>**360 Buffalo Ave**<br>**Paterson, NJ 07503** | | - | *Employee wages* | | | | 319.92 | 0.00<br><br>319.92 |
| Account No.<br>**Creditor #: 97**<br>**Rosalind Cruz**<br>**614 Ridgedale Ave**<br>**East Hanover, NJ 07939** | | - | *Employee wages* | | | | 270.00 | 0.00<br><br>270.00 |
| Account No.<br>**Creditor #: 98**<br>**Roy Rivadeneira**<br>**388 Buffalo Avenue**<br>**Paterson, NJ 07503** | | - | *Employee wages* | | | | 1,017.88 | 0.00<br><br>1,017.88 |
| Account No.<br>**Creditor #: 99**<br>**Ryan Shiwbaran**<br>**360 Ege Avenue**<br>**Jersey City, NJ 07304** | | - | *Employee wages* | | | | 425.00 | 0.00<br><br>425.00 |
| Account No.<br>**Creditor #: 100**<br>**Salvatore Sperandeo**<br>**14 Eckhardt Terr**<br>**North Arlington, NJ 07031** | | - | *Employee wages* | | | | 1,202.50 | 0.00<br><br>1,202.50 |

Sheet __20__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 0.00 |
| (Total of this page) | 3,235.30 | 3,235.30 |

B6E (Official Form 6E) (4/13) - Cont.

In re **Aaron Medical Transportation, Inc.** _____ , Case No. _____
                                Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Creditor #: 101 Sarina Torres 5701 Park Ave West New York, NJ 07093 | | - | Employee wages | | | | 26.88 | 0.00 / 26.88 |
| Account No. Creditor #: 102 Savannah Brown 363 Muhammed Ali Ave Newark, NJ 07108 | | - | Employee wages | | | | 261.50 | 0.00 / 261.50 |
| Account No. Creditor #: 103 Sean Mangin 11 E Hunter Ave Maywood, NJ 07607 | | - | Employee wages | | | | 737.50 | 0.00 / 737.50 |
| Account No. Creditor #: 104 Sean Sullivan 240 North Prospect Ave Bergenfield, NJ 07621 | | - | Employee wages | | | | 1,427.50 | 0.00 / 1,427.50 |
| Account No. Creditor #: 105 State of New Jersey Dept. of Labor and Workforce Development PO Box 389 Trenton, NJ 08625-0389 | | - | Unpaid wages | | | | Unknown | Unknown / 0.00 |

Sheet __21__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)   0.00
2,453.38   2,453.38

B6E (Official Form 6E) (4/13) - Cont.

In re **Aaron Medical Transportation, Inc.** _____ ,  Case No. _____

_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 106 Stephanie Cornejo 423-5th Street Union City, NJ 07087 | - | | | | | | 313.88 | 0.00 | 313.88 |
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 107 Stephanie Dojer 28 Albert Ave Fair Lawn, NJ 07410 | - | | | | | | 246.00 | 0.00 | 246.00 |
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 108 Stephen Kovalcik 27 Degraw Avenue Clifton, NJ 07013 | - | | | | | | 1,504.50 | 0.00 | 1,504.50 |
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 109 Stephenson Ulysee 9 Washington Street East Orange, NJ 07017 | - | | | | | | 654.75 | 0.00 | 654.75 |
| Account No. | | | Employee wages | | | | | | |
| Creditor #: 110 Steven Alba 421 W Anderson Street Hackensack, NJ 07601 | - | | | | | | 2,450.00 | 0.00 | 2,450.00 |

Sheet **22** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| | 0.00 | |
| 5,169.13 | | 5,169.13 |

B6E (Official Form 6E) (4/13) - Cont.

In re **Aaron Medical Transportation, Inc.** ,
                                Debtor

Case No. _____

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Employee wages | | | | | |
| Creditor #: 111 Suzanne Abuhadba 693 Mountain Ave Wyckoff, NJ 07481 | - | | | | | | | 1,184.63 | 0.00 1,184.63 |
| Account No. | | | | Employee wages | | | | | |
| Creditor #: 112 Suzanne Wilson 201 Eagle Street North Arlington, NJ 07031 | - | | | | | | | 1,193.50 | 0.00 1,193.50 |
| Account No. | | | | Employee wages | | | | | |
| Creditor #: 113 Thomas Huges 1 Antrim Road Montvale, NJ 07645 | - | | | | | | | 984.38 | 0.00 984.38 |
| Account No. | | | | Employee wages | | | | | |
| Creditor #: 114 Valeria Trujillo 352 Aycigg Ave Passaic, NJ 07055 | - | | | | | | | 1,046.50 | 0.00 1,046.50 |
| Account No. | | | | Employee wages | | | | | |
| Creditor #: 115 Valerie Baier 113 Elizabeth Street Garfield, NJ 07026 | - | | | | | | | 835.88 | 0.00 835.88 |

Sheet **23** of **25** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 5,244.89 | 5,244.89 |

B6E (Official Form 6E) (4/13) - Cont.

In re __Aaron Medical Transportation, Inc._____,  Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

_Wages, salaries, and commissions_

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | Employee wages | | | | | |
| Creditor #: 116 Wendell Batista 80 Oray Street Bogota, NJ 07603 | - | | | | | | | 780.50 | 0.00 780.50 |
| Account No. | | | | Employee wages | | | | | |
| Creditor #: 117 William Tyrell 57 Lunn Ave Bergenfield, NJ 07621 | - | | | | | | | 1,117.13 | 0.00 1,117.13 |
| Account No. | | | | Employee wages | | | | | |
| Creditor #: 118 Yahir Zuniga 245 Paulison Avenue Passaic, NJ 07055 | - | | | | | | | 903.50 | 0.00 903.50 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __24__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 2,801.13 | 2,801.13 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Aaron Medical Transportation, Inc.**
_____,      Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Taxes for periods 2006-2015 | | | | | | |
| **Creditor #: 119** **Internal Revenue Service** **1 Kalisa Way** **Paramus, NJ 07652-3516** | - | | | | | | 1,526,994.13 | 1,526,994.13 | 0.00 |
| Account No. | | | Taxes for periods 2006-2015 | | | | | | |
| **Creditor #: 120** **State of New Jersey** **Division of Taxation** **50 Barrack St** **Trenton, NJ 08608** | - | | | | | | 516,245.42 | 516,245.42 | 0.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __25__ of __25__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 2,043,239.55 | |
| (Total of this page) | 2,043,239.55 | 0.00 |
| Total | 2,043,240.30 | |
| (Report on Summary of Schedules) | 2,139,969.23 | 96,728.93 |

B6F (Official Form 6F) (12/07)

In re **Aaron Medical Transportation, Inc.**         Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J | Husband, Wife, Joint, or Community C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Creditor #: 1** <br>**1200 Wall Street West Holding,** <br>**LLC/ONYX** <br>**900 Rt. 9 North** <br>**Suite 400** <br>**Woodbridge, NJ 07095** | | - | | *Past 3 months Rent* | | | | **36,000.00** |
| Account No. <br><br>**Jay I. Lazerowitz, Esq.** <br>**55 Harristown Road** <br>**Suite 203** <br>**Glen Rock, NJ 07452** | | | | *Representing:* <br>*1200 Wall Street West Holding, LLC/ONYX* | | | | *Notice Only* |
| Account No. <br><br>**Creditor #: 2** <br>**Albert F.A. Carilli, Esq.** <br>**75 Summit Ave., 2nd Fl.** <br>**Hackensack, NJ 07601** | | - | | *Gisel Rodriguez law suit plaintiff attorney (notice purpose)* | | | | **0.00** |
| Account No. <br><br>**Creditor #: 3** <br>**American Driving Records, Inc.** <br>**P.O. Box 1970** <br>**Rancho Cordova, CA 95741** | | - | | *Business debt* | | | | **75.00** |

|  | Subtotal <br>(Total of this page) | **36,075.00** |
|---|---|---|

__8__ continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron Medical Transportation, Inc.**                                    ,     Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **4** <br> **Creditor #: 4** <br> **American Graphics, Inc.** <br> **39-26 Broadway** <br> **Fair Lawn, NJ 07410** | - | | | **Business debt** | | | | **3,049.00** |
| Account No. **5** <br> **Creditor #: 5** <br> **Backstreet Collision, Inc.** <br> **150 Gregg Street** <br> **Lodi, NJ 07644** | - | | | **Business debt** | | | | **9,500.00** |
| Account No. **6** <br> **Creditor #: 6** <br> **Bound Tree Medical, LLC** <br> **23537 Network Place** <br> **Chicago, IL 60673-1235** | - | | | **Business debt** | | | | **2,500.00** |
| Account No. **7** <br> **Creditor #: 7** <br> **Cillick & Smith** <br> **25 Main Street, Suite 202** <br> **Court Plaza North** <br> **Hackensack, NJ 07601** | - | | | **Gisel Rodriguez law suit attorney** | | | | **Unknown** |
| Account No. **8** <br> **Creditor #: 8** <br> **Daniel Kochu Koshy** <br> **1 Coyne Court** <br> **Bergenfield, NJ 07621** | - | | | **Notice purpose** | | | | **0.00** |

Sheet no. __1__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      **15,049.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Aaron Medical Transportation, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business debt | | | | |
| Creditor #: 9 Delta/D&H Gas 284 South Summit Ave Hackensack, NJ 07601 | - | | | | | | | 850.00 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 10 Emsar Equipment Maintenance, Inc P.O. Box 10120 Trenton, NJ 08650 | - | | | | | | | 457.00 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 11 Exxon Gas Rt. 17 South Rutherford, NJ 07070 | - | | | | | | | 2,105.00 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 12 Fleet Wash, Inc P.O. Box 36014 Newark, NJ 07188-6014 | - | | | | | | | 1,700.00 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 13 Franks Truck Center, Inc 325 Orient Way Lyndhurst, NJ 07071 | - | | | | | | | 120.00 |

Sheet no. __2__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **5,232.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Aaron Medical Transportation, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business debt | | | | |
| Creditor #: 14 Glenwood Furniture, Inc 561 US Hwy 22 Hillside, NJ 07205 | - | | | | | | | 4,800.00 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 15 Hackensack Univ. Medical Center Occupational Medicine 30 Essex St Hackensack, NJ 07601 | - | | | | | | | 6,500.00 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 16 Harris Uniforms, Inc 259 Main Street Hackensack, NJ 07601 | - | | | | | | | 4,200.00 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 17 I.D.M. Medical Gas Company 620 Graen Ave Wyckoff, NJ 07481 | - | | | | | | | 4,200.00 |
| Account No. | | | | Business debt | | | | |
| Creditor #: 18 Iken Media/Printing Company 491-A Washington Ave Carlstadt, NJ 07072 | - | | | | | | | 2,919.00 |

Sheet no. __3__ of __8__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)   | 22,619.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron Medical Transportation, Inc.**                                    ,       Case No. _____
                                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Auto lease return | | | | |
| Creditor #: 19 Intek Leasing, Inc. 152 Eagle Rock Road Roseland, NJ 07068 | - | | | | | | Unknown |
| Account No. | | | Business debt | | | | |
| Creditor #: 20 IPFS Corporation 30 Montgomery St Suite 1000 Jersey City, NJ 07302 | - | | | | | | 54,948.00 |
| Account No. | | | Judgment Lien | | | | |
| Creditor #: 21 Lakeland Bank c/o LeClairRyan, P.C. 1037 Raymond Blvd 16th Fl Newark, NJ 07102 | - | | | | | | 594,418.21 |
| Account No. | | | Business debt | | | | |
| Creditor #: 22 Liberty Mutual Insurance Co. 175 Berkeley Street Boston, MA 02116 | - | | | | | | 350,000.00 |
| Account No. | | | Business debt | | | | |
| Creditor #: 23 Lytx, Inc 9785 Towne Centre San Diego, CA 92121 | - | | | | | | 10,178.00 |

Sheet no. __4__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **1,009,544.21**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Aaron Medical Transportation, Inc.**                                  ,      Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business debt | | | | |
| **Creditor #: 24** **Main Lock Shop, Inc** **762 Main Street** **Hackensack, NJ 07601** | - | | | | | | | 268.00 |
| Account No. | | | | Business debt | | | | |
| **Creditor #: 25** **Marshall Dennehey/Hiscox** **5 Concourse Parkway** **Suite 2150** **Atlanta, GA 30328** | - | | | | | | | 8,500.00 |
| Account No. | | | | Business debt | | | | |
| **Creditor #: 26** **MedPro Service, Inc** **95 Hoffman Lane** **Islandia, NY 11749** | - | | | | | | | 14,500.00 |
| Account No. | | | | Business debt | | | | |
| **Creditor #: 27** **Monmouth Telecom, Inc** **P.O. Box 8656** **Red Bank, NJ 07701** | - | | | | | | | 2,237.00 |
| Account No. | | | | Business debt | | | | |
| **Creditor #: 28** **National Pen Company, Inc** **P.O. box 189** **Shelbyville, TN 37160** | - | | | | | | | 2,184.95 |

Sheet no. __5__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                27,689.95

B6F (Official Form 6F) (12/07) - Cont.

In re  **Aaron Medical Transportation, Inc.**                                      ,      Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Creditor #: 29 Occuscreen, Inc 4020 Lake Washington Blvd Kirkland, WA 98033-7862 | - | | | | | | 240.00 |
| Account No. | | | Business debt | | | | |
| Creditor #: 30 PSE&G P.O. Box 14444 New Brunswick, NJ 08906-4444 | - | | | | | | 2,221.00 |
| Account No. | | | Business debt | | | | |
| Creditor #: 31 Quest Diagnosis, Inc P.O. Box 740709 Atlanta, GA 30374-0709 | - | | | | | | 1,270.00 |
| Account No. | | | Business debt | | | | |
| Creditor #: 32 Repeater Network, LLC 58 North Harrison Ave Congers, NY 10920 | - | | | | | | 4,800.00 |
| Account No. | | | Notice purpose | | | | |
| Creditor #: 33 Sigy Jacob 8 Brook End Drive West Orange, NJ 07052 | - | | | | | | 0.00 |

Sheet no. __6__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **8,531.00**

B6F (Official Form 6F) (12/07) - Cont.

In re __Aaron Medical Transportation, Inc._____,    Case No. _____
                                                           Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | **Business debt** | | | | |
| **Creditor #: 34**<br>**Spectrico, Inc**<br>**720 Brooker Creek Blvd**<br>**Oldsmar, FL 34677** | | - | | | | | | **220.00** |
| Account No. | | | | **Emergency loan due to Auto Insurance reinstatement and employee payroll** | | | | |
| **Creditor #: 35**<br>**Stanley John**<br>**140 Mayhill Street**<br>**Saddle Brook, NJ 07663** | | - | | | | | | **17,600.00** |
| Account No. | | | | **Notice purpose** | | | | |
| **Creditor #: 36**<br>**Thomas John**<br>**28 Zuegel Court**<br>**Bergenfield, NJ 07621** | | - | | | | | | **0.00** |
| Account No. | | | | **Notice purpose** | | | | |
| **Creditor #: 37**<br>**Thomas Varghese**<br>**2211 Seward Ave**<br>**Bronx, NY 10473** | | - | | | | | | **0.00** |
| Account No. | | | | **Business debt** | | | | |
| **Creditor #: 38**<br>**V.E. Ralph & Son, Inc**<br>**P.O. Box 633**<br>**Kearny, NJ 07032** | | - | | | | | | **2,214.00** |

Sheet no. __7___ of __8___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **20,034.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **Aaron Medical Transportation, Inc.**                                   , Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business debt | | | | |
| Creditor #: 39<br>Vehicle Tracking Solutions, Inc<br>152 Veteran's Memorial Hwy<br>Commack, NY 11725 | | - | | | | | 3,218.00 |
| Account No. | | | Business debt | | | | |
| Creditor #: 40<br>W.B. Mason, Inc<br>50 Centre Street<br>Brockton, MA 02301-4014 | | - | | | | | 1,123.00 |
| Account No. | | | Business debt | | | | |
| Creditor #: 41<br>XDS Xerographic Doc Solutions<br>P.O. Box 128<br>Allentown, PA 18103 | | - | | | | | 224.00 |
| Account No. | | | Business debt | | | | |
| Creditor #: 42<br>Zetta, Inc<br>1362 Borregas Ave<br>Sunnyvale, CA 94089 | | - | | | | | 1,135.00 |
| Account No. | | | | | | | |

Sheet no. __8__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **5,700.00**

Total (Report on Summary of Schedules) **1,150,474.16**

B6G (Official Form 6G) (12/07)

In re    **Aaron Medical Transportation, Inc.** _____ ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Konica Minolta, Inc**<br>**55 Lane Road**<br>**Fairfield, NJ 07004** | **Copy machine lease**<br>**(60% on lease paid off)** |

*0*
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re __Aaron Medical Transportation, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

_0_
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of New Jersey

In re   **Aaron Medical Transportation, Inc.**

Debtor

Case No. _____

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 282,101.34 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 26 | | 2,139,969.23 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 1,150,474.16 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 43 | | | |
| Total Assets | | | 282,101.34 | | |
| Total Liabilities | | | | 3,290,443.39 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## District of New Jersey

In re    **Aaron Medical Transportation, Inc.**

_____,    Case No. _____
Debtor

Chapter    _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of New Jersey

In re    **Aaron Medical Transportation, Inc.**                                    Case No. _____

                                                    Debtor(s)        Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**45**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May 13, 2015**                              Signature    **/s/ Joseph V. Thomas**
                                                            **Joseph V. Thomas**
                                                            **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
### District of New Jersey

In re  **Aaron Medical Transportation, Inc.**                                    Case No. _____

Debtor(s)                                Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| **$60,646.00** | **2013: Debtor Business Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

**None** ■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**None** ☐

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Stanley John** **140 Mayhill Street** **Saddle Brook, NJ 07663** | *3/26/2015* *4/02/2015* *4/07/2015* | *$93,000.00* | *$17,600.00* |
| **Thomas Varghese** **2211 Seward Ave** **Bronx, NY 10473** | *4/02/2015* | *$20,000.00* | *$0.00* |
| **Sigy Jacob** **8 Brook End Drive** **West Orange, NJ 07052** | *3/26/2015* | *$10,000.00* | *$0.00* |
| **Daniel Kochu Koshy** **1 Coyne Court** **Bergenfield, NJ 07621** | *3/30/2015* *4/02/2015* | *$18,000.00* | *$0.00* |
| **Thomas John** **28 Zuegel Court** **Bergenfield, NJ 07621** | *3/30/2015* | *$5,000.00* | *$0.00* |

**None** ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *Lakeland Bank, A State Banking Corporation v. Aaron Medical Transportation, Inc. Docket #: C24414* | *Civil* | *Bergen County* | *Judgment* |
| *1200 Wall Street West Holdings, LLC v. Aaron Medical Transportation, Inc. L-3552-15* | *Civil* | *Bergen County* | *Summons and Complaint* |
| *Giselle Rodriguez vs. Joseph Thomas, Aaron Medical Transportation, Inc.* | *Civil* | *Bergen County* | *Summons and Complaint* |
| *State of New Jersey vs. Aaron Medical Transportation* | *Subpoena* | *State of NJ Department of Labor and Workforce Development Division of Wage and Hour Compliance* | *Conference* |

None ☐  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Internal Revenue Service Robyn V Scherzer 1 Kalisa Way Paramus, NJ 07652-3516* | *2/25/2015 to 3/4/2015* | *Horizon Blue Cross & Blue Shield payments levy by IRS Amount unknown* |
| *Internal Revenue Service Robyn V Scherzer 1 Kalisa Way Paramus, NJ 07652-3516* | *2/11/2015 to 2/24/2015* | *Horizon Blue Cross & Blue Shield payments levy by IRS Amount $14,912.46* |
| *Internal Revenue Service Robyn V Scherzer 1 Kalisa Way Paramus, NJ 07652-3516* | *2/11/2015 to 3/4/2015* | *Medicare/Novitas payment levy by IRS Amount $101,679.97* |
| *Internal Revenue Service Robyn V Scherzer 1 Kalisa Way Paramus, NJ 07652-3516* | *3/2/2015* | *Chase Bank Account levy by IRS Amount $38,120.87* |

---

**5. Repossessions, foreclosures and returns**

None ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Intek Leasing, Inc. 152 Eagle Rock Road Roseland, NJ 07068* | *03/27/2015* | *Eigthy(80) autos leased returned* |

B7 (Official Form 7) (04/13)
4

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None □    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Roger B. Radol, Esq.* *15 Engle Street* *Suite 102* *Englewood, NJ 07631* | *April 16, 2015* | *$7,500.00 in legal fees plus filing fee and cost.* |

### 10. Other transfers

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

B7 (Official Form 7) (04/13)
5

None
■

   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

---

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

---

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

---

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

---

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

---

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

---

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)
6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■  a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Aaron Medical Transportation, Inc.** | 22-3836593 | **1200 Wall Street Lyndhurst, NJ 07071** | **Ambulance** | **January 19, 2005 to March 26, 2015** |

None ■  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

B7 (Official Form 7) (04/13)
7

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| *Joseph V. Thomas*<br>*324 West Clinton Ave*<br>*Bergenfield, NJ 07621* | *The president of Aaron Medical Transportation, Joseph V. Thomas has handled all financial matters regarding the business.* |

None
■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None
■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |

None
■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

---

**20. Inventories**

None
■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
| --- | --- | --- |

None
■  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
☐  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |
| *Joseph V. Thomas*<br>*324 West Clinton Ave*<br>*Bergenfield, NJ 07621* | *President* | *100% ownership* |

B7 (Official Form 7) (04/13)
8

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

---

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

---

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **May 13, 2015**          Signature    **/s/ Joseph V. Thomas**

                                           **Joseph V. Thomas**
                                           **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

## United States Bankruptcy Court
### District of New Jersey

In re  **Aaron Medical Transportation, Inc.**

Debtor(s)

Case No.

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **May 13, 2015**

**/s/ Joseph V. Thomas**

**Joseph V. Thomas**/**President**
Signer/Title

1200 Wall Street West Holding, LLC/ONYX
900 Rt. 9 North
Suite 400
Woodbridge, NJ 07095


Abdelillah Baalla
327 Northfield Ave
West Orange, NJ 07052


Adrien Castro
334 East 26th Street
Paterson, NJ 07504


Albert F.A. Carilli, Esq.
75 Summit Ave., 2nd Fl.
Hackensack, NJ 07601


Alexander Balbin
72 Marchal Avenue
Paterson, NJ 07522


Amara Kamara
419 New York Ave
Lyndhurst, NJ 07071


American Driving Records, Inc.
P.O. Box 1970
Rancho Cordova, CA 95741


American Graphics, Inc.
39-26 Broadway
Fair Lawn, NJ 07410


Anjali Patel
26 Sieber Court
Bergenfield, NJ 07621


Anllie Diaz
144 Columbia Ave
Passaic, NJ 07055


Anthony Rivezzi
39 Wadsworth Street
Wallington, NJ 07057

Antonio Cervas
270 Linden Place
New Milford, NJ 07646


Ashley Arb
58 Rutherford Place
North Arlington, NJ 07031


Backstreet Collision, Inc.
150 Gregg Street
Lodi, NJ 07644


Bound Tree Medical, LLC
23537 Network Place
Chicago, IL 60673-1235


Brian Soto
16 Manito Ave
Lake Hiawatha, NJ 07034


Cameron Johnson
203 N Park Street
East Orange, NJ 07017


Carlos A. Laborde
36 Harding Ave
North Arlington, NJ 07031


Charles Pichardo
54 Home Place
Lodi, NJ 07644


Christian Carrion
437 Cleveland Ave
Harrison, NJ 07029


Christian Galdamez
215 Duncan Ave
Jersey City, NJ 07306


Christine Angera
6 Mapleshade Road
Hewitt, NJ 07421

Christopher Fernandez
26 Grove Street
Little Ferry, NJ 07643


Christopher Morgan
75 Chestnut Street
North Arlington, NJ 07031


Cillick & Smith
25 Main Street, Suite 202
Court Plaza North
Hackensack, NJ 07601


Claribel Martinez
89 Randolph Ave
Clifton, NJ 07011


Cody Preuss
447 Third Street
Carlstadt, NJ 07072


Craig Norton
20 Lexington Ave
Wallington, NJ 07057


Dan Smith
14 Rutgers Place
Clifton, NJ 07013


Daniel Kochu Koshy
1 Coyne Court
Bergenfield, NJ 07621


Daniel Roncal
2 Fitzgerald Ave
Clifton, NJ 07013


David Bentele
60 Crystal Street
North Arlington, NJ 07031


Delta/D&H Gas
284 South Summit Ave
Hackensack, NJ 07601

Dia Ibrahim
442 North 8th Street
Fairview, NJ 07022


Duban Moreno
440 Liberty Street
Little Ferry, NJ 07643


Edward Ferrell
145 Crooks Ave
Clifton, NJ 07011


Ehimar Chanza
88 Bell Street
Orange, NJ 07050


Emari Huger
646 Magnolia Ave
Elizabethport, NJ 07206


Emsar Equipment Maintenance, Inc
P.O. Box 10120
Trenton, NJ 08650


Erik Galdamez
215 Duncan Ave
Jersey City, NJ 07306


Exxon Gas
Rt. 17 South
Rutherford, NJ 07070


Fleet Wash, Inc
P.O. Box 36014
Newark, NJ 07188-6014


Francisco Medina
315 44st Street
Union City, NJ 07087


Franks Truck Center, Inc
325 Orient Way
Lyndhurst, NJ 07071

Gabriel Hernandez
5824 Meadowview Ave
North Bergen, NJ 07047


Glenn Wiley
167 Luddington Ave
Clifton, NJ 07011


Glenwood Furniture, Inc
561 US Hwy 22
Hillside, NJ 07205


Gregory Sharofsky
333 Cierra Vista Lane
Valley Cottage, NY 10989


Hackensack Univ. Medical Center
Occupational Medicine
30 Essex St
Hackensack, NJ 07601


Harris Uniforms, Inc
259 Main Street
Hackensack, NJ 07601


Harry Nikolopoulos
81 Jackson Ave
Rutherford, NJ 07070


Humair Ahmed
156 Stonehurt Drive
Tenafly, NJ 07670


I.D.M. Medical Gas Company
620 Graen Ave
Wyckoff, NJ 07481


Iken Media/Printing Company
491-A Washington Ave
Carlstadt, NJ 07072


Intek Leasing, Inc.
152 Eagle Rock Road
Roseland, NJ 07068

Internal Revenue Service
1 Kalisa Way
Paramus, NJ 07652-3516


IPFS Corporation
30 Montgomery St
Suite 1000
Jersey City, NJ 07302


Irving Vargas
893 Van Houten Ave
Clifton, NJ 07013


Jackie Esmez
81 Jackson Ave
Rutherford, NJ 07070


James Martin
137 Park Place
Bogota, NJ 07603


James Polanco
55 Chestnut Street
Paterson, NJ 07501


Jared Tyler
144 Fairmount Ave
Hackensack, NJ 07601


Jason Montoya
305 Palisades Ave
Cliffside Park, NJ 07010


Jason Silva
170 Forest Street
Kearny, NJ 07032


Jay I. Lazerowitz, Esq.
55 Harristown Road
Suite 203
Glen Rock, NJ 07452


Jeremy Gagne
438 9th Street
Carlstadt, NJ 07072

Jewel Asuncion
69 Garcia Drive
Jersey City, NJ 07305


John Defedele
178 Speidel Ave
Elmwood Park, NJ 07407


John Heitmuller
76 Gold Street
North Arlington, NJ 07031


John Parisik
127 Catalpa Avenue
Hackensack, NJ 07601


John Paulino
55 Calicooncek Road
South Hackensack, NJ 07606


Jonathan Santos
31 Pine
Passaic, NJ 07055


Jose Moronta
23 Newman St
Hackensack, NJ 07601


Jose Saboya
234 Harrison Ave
Lodi, NJ 07644


Joseph Robie
43 East Passaic Ave
Rutherford, NJ 07070


Josue Gonzales
906 Kennedy Blvd
Union City, NJ 07087


Julio Pintado
223 Palisade Ave 3rd Fl
Cliffside Park, NJ 07010

Justin Lovecchio
285 Phillips Ave
South Hackensack, NJ 07606


Kelly Gill
20 Canterburry Ave
North Arlington, NJ 07031


Kevin Davila
1517 41st
North Bergen, NJ 07047


Kevin Hood
99-02 212 St
Queens Village, NY 11428


Konica Minolta, Inc
55 Lane Road
Fairfield, NJ 07004


Lakeland Bank
c/o LeClairRyan, P.C.
1037 Raymond Blvd 16th Fl
Newark, NJ 07102


Lambe Duracoski
99 Pacific Ave
Garfield, NJ 07026


Landi Lopez
371 3rd Street
Clifton, NJ 07011


Laurence Schraiber
27 Livingston Ave
Kearny, NJ 07032


Liberty Mutual Insurance Co.
175 Berkeley Street
Boston, MA 02116


Linnette Castillo
24 Highland Ave
Newark, NJ 07104

Luis Beingolea
20 Van Winkle Ave
Passaic, NJ 07055


Luis Mitma
611 Liberty Ave
North Bergen, NJ 07047


Luis Villanueva
15 Spencer Pl
Garfield, NJ 07026


Lytx, Inc
9785 Towne Centre
San Diego, CA 92121


Main Lock Shop, Inc
762 Main Street
Hackensack, NJ 07601


Mansoor Khan
140 W Englewood Ave
Teaneck, NJ 07666


Marek Czarnecki
14 Pine Street
Elmwood Park, NJ 07407


Marie O'Donnell
363 Forest Drive
Wallington, NJ 07057


Mario Vdovjak
262 Hayward Place
Wallington, NJ 07057


Marisa Mucka
336 Harrison Ave
Lodi, NJ 07644


Marshall Dennehey/Hiscox
5 Concourse Parkway
Suite 2150
Atlanta, GA 30328

Mary Kubler
181 Poor Street
Hackensack, NJ 07601


Matthew Carnevale
367 Central Ave
East Rutherford, NJ 07073


MedPro Service, Inc
95 Hoffman Lane
Islandia, NY 11749


Melissa Kipri
100 Hillcrest Ave
Woodland, NJ 07424


Melissa McKlernan
14 Bridge Street
Suffern, NY 10901


Michael Perez
3-26 31 Street
Fair Lawn, NJ 07410


Michael Riabov
57 North Ave
Montvale, NJ 07645


Michael Sabonjian
10 Pawn Place
Hillsdale, NJ 07642


Michelle Connor
218 Rutherford Pl
North Arlington, NJ 07031


Michelle Monsalve
208 Maple Street
Kearny, NJ 07032


Miguel Figueroa
540 Monroe St
Carlstadt, NJ 07072

```
Mohammed Azeez
233 Haledon Ave
Paterson, NJ 07522


Monmouth Telecom, Inc
P.O. Box 8656
Red Bank, NJ 07701


National Pen Company, Inc
P.O. box 189
Shelbyville, TN 37160


Niccolo Yakovlevich
170 Academy Street B-13
Jersey City, NJ 07306


Occuscreen, Inc
4020 Lake Washington Blvd
Kirkland, WA 98033-7862


Paolo Guirnalda
275 Lembeck Ave
Jersey City, NJ 07305


Pawel Trzeciak
284 Harrison Ave
Lodi, NJ 07644


Peter Shimmel
607 Ramapo Ave
Cliffside Park, NJ 07010


Peterson Cadeau
134 Gregory Ave
West Orange, NJ 07052


PSE&G
P.O. Box 14444
New Brunswick, NJ 08906-4444


Quest Diagnosis, Inc
P.O. Box 740709
Atlanta, GA 30374-0709
```

Rafael Cuya
473 Terrace Ave
Hasbrouck Heights, NJ 07604


Raidy Garcia
166 Hudson Street
Hackensack, NJ 07601


Ramon Tiburcio
10 Lehigh Street
Hackensack, NJ 07601


Rana Khalid
55 Belgrove Drive
Kearny, NJ 07032


Rana U Khalid
55 Belgrove Drive
Kearny, NJ 07032


Rashda Bibi
111 Burns Ave
Lodi, NJ 07644


Repeater Network, LLC
58 North Harrison Ave
Congers, NY 10920


Ricky Jewell
169 Macarther Ave
Garfield, NJ 07026


Robert Callwood
1771 Watson Ave
Bronx, NY 10472


Robert Kippel
360 Buffalo Ave
Paterson, NJ 07503


Rosalind Cruz
614 Ridgedale Ave
East Hanover, NJ 07939

Roy Rivadeneira
388 Buffalo Avenue
Paterson, NJ 07503


Ryan Shiwbaran
360 Ege Avenue
Jersey City, NJ 07304


Salvatore Sperandeo
14 Eckhardt Terr
North Arlington, NJ 07031


Sarina Torres
5701 Park Ave
West New York, NJ 07093


Savannah Brown
363 Muhammed Ali Ave
Newark, NJ 07108


Sean Mangin
11 E Hunter Ave
Maywood, NJ 07607


Sean Sullivan
240 North Prospect Ave
Bergenfield, NJ 07621


Sigy Jacob
8 Brook End Drive
West Orange, NJ 07052


Spectrico, Inc
720 Brooker Creek Blvd
Oldsmar, FL 34677


Stanley John
140 Mayhill Street
Saddle Brook, NJ 07663


State of New Jersey
Dept. of Labor and Workforce Development
PO Box 389
Trenton, NJ 08625-0389

State of New Jersey
Division of Taxation
50 Barrack St
Trenton, NJ 08608


Stephanie Cornejo
423-5th Street
Union City, NJ 07087


Stephanie Dojer
28 Albert Ave
Fair Lawn, NJ 07410


Stephen Kovalcik
27 Degraw Avenue
Clifton, NJ 07013


Stephenson Ulysee
9 Washington Street
East Orange, NJ 07017


Steven Alba
421 W Anderson Street
Hackensack, NJ 07601


Suzanne Abuhadba
693 Mountain Ave
Wyckoff, NJ 07481


Suzanne Wilson
201 Eagle Street
North Arlington, NJ 07031


Thomas Huges
1 Antrim Road
Montvale, NJ 07645


Thomas John
28 Zuegel Court
Bergenfield, NJ 07621


Thomas Mackin
515 Wills Road
Landing, NJ 07850

Thomas Varghese
2211 Seward Ave
Bronx, NY 10473


V.E. Ralph & Son, Inc
P.O. Box 633
Kearny, NJ 07032


Valeria Trujillo
352 Aycigg Ave
Passaic, NJ 07055


Valerie Baier
113 Elizabeth Street
Garfield, NJ 07026


Vehicle Tracking Solutions, Inc
152 Veteran's Memorial Hwy
Commack, NY 11725


W.B. Mason, Inc
50 Centre Street
Brockton, MA 02301-4014


Wendell Batista
80 Oray Street
Bogota, NJ 07603


William Tyrell
57 Lunn Ave
Bergenfield, NJ 07621


XDS Xerographic Doc Solutions
P.O. Box 128
Allentown, PA 18103


Yahir Zuniga
245 Paulison Avenue
Passaic, NJ 07055


Zetta, Inc
1362 Borregas Ave
Sunnyvale, CA 94089

# United States Bankruptcy Court
## District of New Jersey

In re   **Aaron Medical Transportation, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Aaron Medical Transportation, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 13, 2015**

Date

**/s/ Roger B. Radol, Esq.**

**Roger B. Radol, Esq. 7815**

Signature of Attorney or Litigant

Counsel for   **Aaron Medical Transportation, Inc.**

**Roger B. Radol, Esq.**
**15 Engle Street**
**Suite 102**
**Englewood, NJ 07631**
**(201) 567-6557 Fax:(201) 567-6335**
**radolbankruptcy@gmail.com**

Best Case Bankruptcy

# Aaron Medical Transportation, Inc.

## LIST OF ASSETS:

**Business Shut-down on 03/26/2015**

| Description of Asset | Qty. | Status |
|---|---|---|
| Metal Racks, for document storage; with 4 shelves | 17 | At business location, Lyndhurst |
| Work table (in Crew waiting room) | 1 | |
| Chairs, used by Crews "in crew waiting room) | 7 | |
| Small Cart "on wheels" | 1 | |
| Paper towel Dispenser "in kitchen" | 1 | |
| Soap Dispenser "in kitchen" | 1 | |
| Toaster Oven "in kitchen" | 1 | |
| Microwave "Samsung" "in kitchen" | 1 | |
| Refrigerator "medium size" (with freezer) | 1 | |
| Back up batteries | 4 | |
| Computers | 15 | |
| Executive Desks | 14 | |
| Chairs, Visitor, "Red color" | 5 | |
| Work Table "large size" 7 foot long | 1 | |
| Work Tables 24 x 60 | 6 | |
| Work Tables 36 x 72 | 3 | |
| File Cabinets, 4 drawers, large size | 2 | |
| 2 drawer file pedestrial cabinets | 7 | |
| 4 drawer file cabinets "letter size" | 11 | |
| 5 drawer file cabinets "letter size" | 5 | |
| 2 door small file cabinets, letter size | 2 | |
| Executive desk "Large size" with extension | 1 | |
| Storage cabinets, Large size (5 levels) | 2 | |
| Executive desk "Lage size" with 2 side exten. | 1 | |
| Executive desks "standard size" | 13 | |
| Cameras "installed on Ceiling tiles" | 15 | |
| Cameras "installed exterior" | 1 | |
| Desk trays | 4 | |
| Book Shelves "metal" (4 levels) | 13 | |
| Book Shelves "Cherry" (wood), 4 levels | 2 | |
| Book Shelves, 3 levels | 4 | |
| Copy machine (Konica Minolta:BizHub 420) | 1 | |
| Copy machier (Konica Minilta: BizHub 600) | 1 | |
| Copy machine (Konica Minolta:BizHub 751) | 1 | On lease: 60% paid off |
| Portable A/C units LG | 2 | |
| Conference tables | 2 | |
| Leather Sofa, 6 ft. long | 1 | |
| HP Printers, HP 2055 | 2 | |
| Trash Cans "Standard size" | 12 | |
| Power distributor Pole for multiple desks | 1 | |
| Car, 2005 Mercury | 1 | Owned |
| Ambulance, 2005 Ford E-350 Diesel | 1 | Owned |
| Ambulance, 2005 Ford E-350 Diesel | 1 | Owned |
| | | |